ALDERWOODS (PENNSYLVANIA), a Wholly Owned Subsidiary of Service Corporation International, t/a Burton L. Hirsch Funeral Home, Appellant

v.

PENNSYLVANIA PUBLIC UTILITY COMMISSION, the Honorable Gladys M. Brown, Chairman, the Honorable Andrew G. Place, Vice Chairman, the Honorable John F. Coleman, Jr., Commissioner, the Honorable Robert F. Powelson, Commissioner, the Honorable David W. Sweet, Commissioner, and Duquesne Light Company, Appellees

No. 30 WAP 2017

Supreme Court of Pennsylvania.

August 3, 2017

### ORDER

PER CURIAM

AND NOW, this 3ʳᵈ day of August, 2017, the Notice of Appeal is quashed.

Justice Baer files a Concurring Statement.

JUSTICE BAER, concurring

I join the decision of the Court insofar as it rejects the filing of a case in the Commonwealth Court's original jurisdiction and a direct appeal therefrom as a way to bring an appellate issue properly subject to discretionary consideration before this Court as of right.

I write separately to express serious doubt as to whether the trial court and Public Utility Commission (PUC) were correct in having the PUC determine the utility's liability in this case. That issue has nothing to do with the PUC's expertise as a regulator of utilities. Indeed, the question of liability strikes me as a typical one that trial courts and juries in this Commonwealth answer every day. Thus, if this case was properly before the Court, my inclination would be to reverse.